359 A.2d 179
**COMMONWEALTH of Pennsylvania**
v.
**Frederick SIMS, Appellant.**

Supreme Court of Pennsylvania.
Submitted Jan. 12, 1976.
Decided July 6, 1976.

Mitchell S. Lipschutz, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., David Michelman, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM.
Judgment of sentence affirmed.